

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2018

No. 04-18-00402-CV

**IN THE ESTATE OF MARIA L. RAYNES**, Deceased,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2013PC0369
The Honorable Tom Rickhoff, Judge Presiding

# O R D E R

The Appellant and Cross-Appellant's Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to November 12, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court